IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00950-BNB

FRANCISCO SALINAS,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, and
WARDEN J.W. WANDS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 8 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Francisco Salinas, is a prisoner in the custody of the Federal Bureau of Prisons and is currently incarcerated at the Federal Correctional Institution in Florence, Colorado. He initiated this action by filing documents titled "Prelimary [sic] Injunction/ Temporary Restraining Order Pursuant to Fed.R.Civ.Proc., Rule 65 (a-b) & 42(a)," and an "Order to Show Cause - Preliminary Injunctive Relief/Temporary Restraining Order Pursuant to Fed.R.Civ.Proc., Rule 65(a-b) & 42(a)," with the Court on April 19, 2010.

In an order filed on April 27, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and directed Mr. Salinas to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Salinas to file a complaint on the court-approved form, and either pay the filing fee or file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Salinas was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Salinas has not communicated with the Court since April 19, 2010. In addition, no mail has been returned to the Court as undeliverable. Therefore, Mr. Salinas has failed to cure the deficiencies within the time allowed and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __8th__ day of __June__, 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00950-BNB

Francisco Salinas
Reg No. 15658-179
FCI - Florence
P.O. Box 6000
Florence, CO 81226-6000

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/8/10

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk